■ THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL LEWIS, HAROLD JOHNSON, RUSSELL PROUT, CHARLES LEON HILL, ROBERT CLARKE and EARL MOODY, Defendants.— Motion for a change of venue granted and indictments removed for trial from the County Court of Cayuga County to Supreme Court, Monroe County. Memorandum: Defendants are under indictment for various crimes allegedly committed by them during a riot or "disturbance" at the New York State Correctional Facility at Auburn, Cayuga County, New York, in November, 1970. They have moved for change of venue to New York County upon the grounds, among others, that by reason of the size of Cayuga County, the publicity in that county attendant upon the alleged riot and a subsequent lengthy hearing concerning it in Federal court in Auburn, and the economic importance of the prison in that community, they cannot receive a fair trial there. Although no one of the arguments advanced as a ground for change of venue would, in and of itself, be sufficient, the cumulative effect of the several contentions and all the circumstances in the record before us persuade us that in the interests of justice the venue of these indictments should be transferred to another county.

■ NANCY W. HAHN, Respondent, v. PHILIP Y. HAHN, Appellant.— Application for a stay denied except as to those provisions of the order directing payment by the defendant of toll telephone calls and those provisions of the order directing reimbursement by the defendant of charges for repairs, maintenance, improvements, furnishings and decorating, except those which are of an emergency nature which may be authorized by Family Court after specific application therefor. Cross motion for an allowance of counsel fees in connection with this application and the appeal pending from the Family Court order is denied without prejudice to renewal of the motion in Family Court.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS MOULTON et al., Appellants.— Motions to vacate and set aside orders of commitment and for other relief denied. Memorandum: Subsequent to the date of these motions we have been informed that the transcripts have been completed in six of the appeals and that transcripts in the remainder — some of which were delayed by reason of illness of the stenographer — are in the process of being completed so that they will be available to appellant's counsel before the next term of court.

■ SAUL H. ALDERMAN, Esq., of Syracuse, New York, appointed Chairman of the Committee on Character and Fitness of Applicants for Admission to the Bar for the Fifth Judicial District.

■ VINCENT A. DEIORIO, Esq., of Utica, New York, appointed a member of the Committee on Character and Fitness of Applicants for Admission to the Bar for the Fifth Judicial District.